TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00516-CR

NO. 03-99-00517-CR

Tyrone Hardeman, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT

NOS. 0983703 & 0983709, HONORABLE MIKE LYNCH, JUDGE PRESIDING

PER CURIAM

Appellant's motions to dismiss these appeals are granted. See Tex. R. App. P.
42.2(a). The appeals are dismissed.

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Appellant's Motion

Filed: October 21, 1999

Do Not Publish